AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| PENGUIN RANDOM HOUSE LLC, d/b/a The Crown Publishing Group<br><br>*Plaintiff(s)*<br><br>v.<br><br>MCNICHOL PICTURES INC.<br><br>*Defendant(s)* | Civil Action No. 25-cv-9022 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* McNichol Pictures Inc.
936 SW 1st Avenue #940
Miami, FL 33130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Serine Consolino
Aegis Law Group LLP
801 Pennsylvania Ave NW #740
Washington, DC 20004
sconsolino@aegislawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: October 31, 2025

/S/  S.  James
*Signature of Clerk or Deputy Clerk*

